

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Jasmine Laura Maynes v. The State of Texas

Appellate case number:      01-18-00354-CR, 01-18-00355-CR, 01-18-00356-CR

Trial court case number:    10CR0891, 16CR2585, 16CR2586

Trial court:                122nd District Court of Galveston County

  The State's brief in these appeals initially was due on January 11, 2019. After this Court granted two motions for an extension, the State's brief was due to be filed by April 11, 2019, with no further extensions. *See* TEX. R. APP. P. 38.6(b). The State has filed a third motion requesting an extension to April 22, 2019 to file its brief. The motion is **granted**. The State's brief is due to be filed no later than **Monday, April 22, 2019. No further extensions will be granted.**

  It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____
      ☑ Acting individually ☐ Acting for the Court

Date: _April 16, 2019_____